No. 71–454. Delome *v.* Union Barge Line Co. et al. C. A. 5th Cir. Motion of American Trial Lawyers Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–462. Bricker *v.* Sceva Speare Memorial Hospital. Sup. Ct. N. H. Motion of American College of Legal Medicine for leave to file a brief as *amicus curiae* granted. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–465. Bowman, Trustee in Bankruptcy *v.* Bay Area Painters' Trust Fund. C. A. 9th Cir. Certiorari denied. Mr. Justice White is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5342. Manning *v.* United States. C. A. 2d Cir. Motion for leave to file supplemental brief granted. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5374. Ortiz *v.* Beto, Corrections Director, et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas and Mr. Justice Marshall are of the opinion that certiorari should be granted and case set for oral argument.

No. 71–471. Slayton, Penitentiary Superintendent *v.* Levine. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.